166 A.3d 236

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. JORGE BULTRON, DEFENDANT–PETITIONER.

April 6, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001396–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

166 A.3d 236

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. ANTHONY T. FONTANEZ, DEFENDANT–
PETITIONER.

April 6, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001386–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.